UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

LUCIA DEL CARMEN MORALES,        )
        )
        Petitioner,        )
        )
        v.        )        No. 4:26-cv-00095-SEB-KMB
        )
TODD BLANCHE,        )
MARKWAYNE MULLIN,        )
SAM OLSON,        )
TODD M. LYONS,        )
SCOTT MAPLES,        )
        )
        Respondents.        )

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS**

The petitioner's unopposed motion to dismiss her petition, dkt. [12], is **granted**. Pursuant to the petitioner's notice and Federal Rule of Civil Procedure 41(a)(2), this action is **dismissed without prejudice**. The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 4/27/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel